UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC MARTIN, #165780,

        Plaintiff,                        No. 12-CV-14286-DT

vs.                                         Hon. Gerald E. Rosen

S. KAZULKINA, et al.,

        Defendants.
_____/

## JUDGMENT

The Court having this date entered an Order adopting the Magistrate Judge's Report and Recommendation and dismissing Plaintiff's Complaint, in its entirety, with prejudice, and being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that a JUDGMENT OF DISMISSAL, WITHOUT PREJUDICE, be, and hereby is, entered.

                                      s/Gerald E. Rosen
                                      Chief Judge, United States District Court

Dated: July 24, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 24, 2013, by electronic and/or ordinary mail.

                                      s/Julie Owens
                                      Case Manager, (313) 234-5135