UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC MARTIN,

          Plaintiff,          No. 12-cv-14286

vs.          Hon. Gerald E. Rosen

S. KAZULKINA, *et al.,*

          Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DENYING PLAINTIFF'S MOTIONS (1) FOR
PRELIMINARY/PERMANENT INJUNCTION AND TEMPORARY
RESTRAINING ORDER, (2) FOR ORAL DEPOSITION,
AND (3) TO APPOINT EXPERT WITNESS

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    April 20, 2016

PRESENT: Honorable Gerald E. Rosen
United States District Judge

This prisoner civil rights matter having come before the Court on the January 30, 2016 Report and Recommendation of United States Magistrate Judge Patricia T. Morris recommending that the Court deny Plaintiff's motions for preliminary injunction, permanent injunction, and temporary restraining order [Dkt. Nos. 1, 76], motion for oral deposition [Dkt. No. 72], and motion to appoint an expert witness [Dkt. No. 85]; and Plaintiff having filed objections to the R&R to which Defendant Jerry Makin has responded; and the Court having reviewed and considered the Magistrate Judge's Report

and Recommendation, Plaintiff's objections and Defendant's response and having concluded that, for the reasons stated by the Magistrate Judge, Plaintiff's motions should be denied, and being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of January 1, 2016 **[Dkt. No. 93]** be, and hereby is, adopted by the Court.

IT IS FURTHER ORDERED, for the reasons stated by the Magistrate Judge that Plaintiff's Motions for Preliminary Injunction, Permanent Injunction and Temporary Restraining Order **[Dkt. Nos. 1, 76]**, Motion for Oral Deposition **[Dkt. No. 72]**, and Motion to Appoint Expert Witness **[Dkt. No. 85]** are hereby **DENIED**.

s/Gerald E. Rosen
United States District Judge

Dated: April 20, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 20, 2016, by electronic and/or ordinary mail.

s/Kim Grimes
Case Manager Supervisor,
Acting in the absence of Julie Owens,
Case Manager