UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC MARTIN,

        *Plaintiff*,

v.

S KAZULKINA, J. MAKIN,
J. STEWART, S. WEBSTER,
RIZZO, LAKSHMI GARLAPATI,
DAHL, HERRING, MELISSA
MILLARD, and McCOLLOUGH,

        *Defendants*.
_____/

CIVIL ACTION NO. 12-cv-14286
DISTRICT JUDGE MARK A. GOLDSMITH
MAGISTRATE JUDGE PATRICIA T. MORRIS

## MAGISTRATE JUDGE'S ORDER ON
## MOTION TO COMPEL DISCOVERY (Doc. 122)

Pursuant to this Court's report and recommendation which would dispose of the case if adopted by Judge Goldsmith to be issued concurrently with this order, Martin's motion to compel discovery (Doc. 112) is denied as moot.

Accordingly, **IT IS ORDERED THAT** Martin's motion to compel (Doc. 112) is **DENIED AS MOOT AND WITHOUT PREJUDICE**. Review of this order is governed by 28 U.S.C. § 636(b)(1), FED. R. CIV. P. 72, and E.D. Mich. LR 72.1(d).

Date:  February 21, 2017

S/ PATRICIA T. MORRIS
Patricia T. Morris
United States Magistrate Judge

## **CERTIFICATION**

      I hereby certify that the foregoing document was electronically filed this date through the Court's CM/ECF system which delivers a copy to all counsel of record.  A copy was also sent via First Class Mail to Eric Martin #165780 at Marquette Branch Prison, 1960 U.S. Hwy 41 South, Marquette, MI 49855.


Date: February 21, 2017                                      By s/Kristen Castaneda
                                                                                        Case Manager